```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01715
   ROOSEVELT ARMWOOD
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8291


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/01/2007 and was confirmed 04/30/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/09/2009.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE         SECURED VEHIC   17904.00        2009.88       5883.99
HSBC AUTO FINANCE         UNSECURED         844.58            .00           .00
PALM BEACH RESORT DEVEL   SECURED NOT I       .00             .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY         1077.51            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        13638.51            .00           .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED          .00           .00
CAPITAL ONE               UNSECURED         202.12           .00           .00
CITY OF CHICAGO PARKING   UNSECURED        1720.00           .00           .00
HSBC NV                   UNSECURED       NOT FILED          .00           .00
NICOR GAS                 UNSECURED         407.03           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        3582.97           .00           .00
BENEFICIAL FINANCE CO     SECURED NOT I   17108.33           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED        1289.10           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,856.50                      2,264.09
TOM VAUGHN                TRUSTEE                                         802.04
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                10,960.00

PRIORITY                                         .00
SECURED                                     5,883.99
   INTEREST                                 2,009.88
UNSECURED                                        .00
ADMINISTRATIVE                              2,264.09
TRUSTEE COMPENSATION                          802.04
DEBTOR REFUND                                    .00
                                         ---------------
```

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 01715 ROOSEVELT ARMWOOD

```
TOTALS                              10,960.00           10,960.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```